CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendant COUNTY OF SACRAMENTO


JOHN L. BURRIS, SBN 69888
Email: john.burris@johnburrislaw.com
ADANTÉ D. POINTER, SBN 236229
Email: adanté.pointer@johnburrislaw.com
Melissa C. Nold, SBN 301378
Email: melissa.nold@johnburrislaw.com
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200

Attorneys for Plaintiff NANDI CAIN JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANDI CAIN JR., an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANTHONY FIGUEROA, in his individual and official capacity as City of Sacramento Police Officer; DOES 1 – 50, individually and in their official capacities as Police Officers for the City of Sacramento, jointly and severally; and DOES 1- 50, individually and in their official capacities as Deputy Sheriffs and/or employees for the County of Sacramento, jointly and severally ,<br><br>    Defendants. | Case No.: 2:17-cv-00848 JAM DB<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT; ORDER THEREON** |

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT; ORDER THEREON
Case No. 2:17-CV-00848 JAM DB

1

1     WHEREAS, on April 23, 2017, Plaintiff filed a Complaint for Violations of Civil Rights and Damages;

    WHEREAS, on May 11, 2017, Plaintiff served the Complaint on the Defendant County of Sacramento by serving the Sacramento County Board of Supervisors;

    WHEREAS, Defendant County of Sacramento's response to the Complaint is due to be filed June 1, 2017;

    WHEREAS, Robert L. Chalfant and the firm of Cregger & Chalfant LLP, were just retained to represent Defendant County of Sacramento and need additional time to research the allegations of the Complaint and prepare an appropriate response thereto;

    NOW THEREFORE, the parties through their attorneys stipulate as follows:

1.     Defendant County of Sacramento may have a two week extension of time from June 1, 2017, within which to file its response to Plaintiff's Complaint. Said response shall be due on or before June 15, 2017.

    IT IS SO STIPULATED.

DATE: May 25, 2017                                      CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant COUNTY OF SACRAMENTO

DATE: May 25, 2017                                      LAW OFFICES OF JOHN L. BURRIS

/s/ Adanté D. Pointer
JOHN L. BURRIS
ADANTÉ D. POINTER
Attorneys for Plaintiff NANDI CAIN JR.

///
///
///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT; ORDER THEREON
Case No. 2:17-CV-00848 JAM DB

2

# **ORDER**

GOOD CAUSE APPEARING THEREFOR, Defendant County of Sacramento may have a two week extension of time within which to file a response to Plaintiff's Complaint. Defendant's response will be due on or before June 15, 2017.

IT IS SO ORDERED.

Date: 5/25/2017  /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT; ORDER THEREON
Case No. 2:17-CV-00848 JAM DB

3