CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax:  916.443-2124

Attorneys for Defendant COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANDI CAIN JR., an individual, | Case No.: 2:17-cv-00848 JAM DB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANTHONY FIGUEROA, in his individual and official capacity as City of Sacramento Police Officer; DOES 1 – 50, individually and in their official capacities as Police Officers for the City of Sacramento, jointly and severally; and DOES 1- 50, individually and in their official capacities as Deputy Sheriffs and/or employees for the County of Sacramento, jointly and severally , | |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff Nandi Cain and Defendant County of Sacramento have reached a settlement of all claims against Defendant County of Sacramento and all unnamed County Doe Defendants.  Dispositional documents are being prepared and should be on file within 75 days of the date of this filing.  This settlement is conditional pending approval by the County of Sacramento.

///

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

NOTICE OF SETTLEMENT
Case No. 2:17-CV-00848 JAM DB

1

1
2  DATE:  November 8, 2017            CREGGER & CHALFANT LLP
3
4                                     /s/ Robert L. Chalfant
                                      ROBERT L. CHALFANT
5                                     Attorneys for Defendant COUNTY OF
                                      SACRAMENTO
6
7
8
...
28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 426-1889

NOTICE OF SETTLEMENT
Case No. 2:17-CV-00848 JAM DB

2