**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. SBN 235229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

# FILED

## NOV 2 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANDI CAIN JR., an individual, | Case No.: 2:17-cv-00848 JAM DB |
| Plaintiff, | |
| vs. | |
| CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANTHONY FIGUEROA, in his individual and official capacity as a CITY OF SACRAMENTO Police Officer; DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF SACRAMENTO, jointly and severally; and DOES 1-50, individually and in their official capacities as Deputy Sheriff's and/or employees for the COUNTY OF SACRAMENTO, jointly and severally, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| Defendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled

action to the Voluntary Dispute Resolution Program. The parties respectfully

request a Magistrate Settlement Conference with Honorable Judge Kendell Newman.

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE TO CITY**

DATED: November 20, 2017                    /s/*Melissa C. Nold*

                                            _____
                                            JOHN L. BURRIS
                                            ADANTE D. POINTER
                                            MELISSA C. NOLD
                                            Attorneys for Plaintiff


DATED: November 20, 2017                    /s/*Chance Trimm*
                                            CHANCE TRIMM
                                            CITY OF SACRAMENTO
                                            CITY ATTORNEY
                                            Attorney for Defendants


IT IS SO ORDERED. *jam* The case will be submitted to VDRP. The parties' request for a settlement conference with Judge Newman will be stayed pending the outcome of the VDRP.

DATED: November 22, 2017

                                            _____
                                            John A. Mendez
                                            United States District Court Judge

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE TO CITY**