# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANDI CAIN JR., an individual, | Case No.: 2:17-cv-00848 JAM DB |
| Plaintiff, | |
| vs. | |
| CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANTHONY FIGUEROA, in his individual and official capacity as a CITY OF SACRAMENTO Police Officer; DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF SACRAMENTO, jointly and severally; and DOES 1-50, individually and in their official capacities as Deputy Sheriff's and/or employees for the COUNTY OF SACRAMENTO, jointly and severally, | **ORDER TO REFER CASE TO MAGISTRATE FOR SETTLEMENT CONFERENCE**<br><br>**HONORABLE JUDGE JOHN A. MENDEZ** |
| Defendants. | |

**ORDER**

Good cause having been shown, the court grants the parties request for referral to Magistrate Judge Kendall Newman for a settlement conference.

IT IS SO ORDERED.

DATED: January 2, 2018  /s/ John A. Mendez_____

United States District Court
Judge John A. Mendez

1