**FILED**
APR 24 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AO 436
(Rev. 04/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# AUDIO RECORDING ORDER

Read Instructions.

| | |
|---|---|
| 1. NAME: John Henegar | 2. PHONE NUMBER: (866) 540-8818 |
| | 3. EMAIL ADDRESS: drorders@lexisnexis.com |
| 4. MAILING ADDRESS: 9443 Springboro Pike | 5. CITY: Miamisburg |
| | 6. STATE: OH  7. ZIP CODE: 45342 |
| 8. CASE NUMBER: 2:17cv848 | 9. CASE NAME: Cain v. City of Sacramento e |
| DATES OF PROCEEDINGS | 10. FROM 3/7/2018   11. TO 3/7/2018 |
| 12. PRESIDING JUDGE: Kendall J. Newman | LOCATION OF PROCEEDINGS |
| | 13. CITY: Sacramento   14. STATE: CA |

### 15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Settlement Conference | 03/07/2018 |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | |
| ☐ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: *John Henegar*
19. DATE: 4/23/2018

| PROCESSED BY | | PHONE NUMBER |
|---|---|---|
| ORDER RECEIVED | DATE   BY   DEPOSIT PAID | |
| DEPOSIT PAID | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY